# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIA RAE WILLIAMS, ADC #711778                                                              PLAINTIFF

v.                                            NO. 4:15CV00146 JLH

CHAD LEDBETTER, Sheriff, Hot Springs County;
BO FINLEY, Officer, Hot Springs County
Sheriff's Department; and AARON COLLIER,
Lieutenant, Hot Springs County Sheriff's Department                                       DEFENDANTS

## ORDER

Tia Rae Williams commenced this action under 42 U.S.C. § 1983 against the sheriff and two deputies of the Hot Springs County Sheriff's Department. The complaint provides addresses for all three of them in Malvern, which is in Hot Springs County. Hot Springs County is in the Western District of Arkansas, not the Eastern District. Venue for this action lies in the Western District of Arkansas because the defendants reside in that district and because the events that give rise to this action occurred in that district. 28 U.S.C. § 1391(b). When an action is filed in the wrong district, the Court may dismiss the action or transfer it to the district in which it could have been brought. 28 U.S.C. § 1406(a). Therefore, the Court directs the Clerk of Court to transfer this action to the Western District of Arkansas immediately.

IT IS SO ORDERED this 13th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE