IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIA RAE WILLIAMS                                                                             PLAINTIFF

v.                         Civil No. 6:15-CV-06020

SHERIFF CHAD LEDBETTER, OFFICER                       DEFENDANTS
BO FINLEY, and CHIEF DEPUTY AARON
COLLIER (Hot Springs County Sheriff's
Department)

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 30th day of January 2018.

/s/ P. K. Holmes, III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

1